UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE TAYLOR,

        Plaintiff,

v

KEVIN WILSON, LANGER TRANSPORT CORP. and UNITED SERVICES AUTOMOBILE ASSOCIATION,

        Defendant.

Case No. 4:24-cv-11282
Hon.: F. Kay Behm
Mag.: Curtis Ivy, Jr.

| | |
|---|---|
| MARC J. MENDELSON (P52798)<br>ANDREW J. MILLER (P77785)<br>Mike Morse Law Firm, PLLC<br>Attorneys for Plaintiff<br>24901 Northwestern Hwy., Suite 700<br>Southfield, MI 48075-1816<br>(248) 350-9050; Fax: (248) 671-5114<br>marc.mendelson@855mikewins.com<br>andrew.miller@855mikewins.com<br>traci.hoppa@855mikewins.com | TIMOTHY S. GROUSTRA (P48966)<br>KERRY LYNN RHOADS (P55679)<br>DICKIE, MCCAMEY & CHILCOTE, P.C.<br>Attorneys for Defendants Wilson/Langer<br>120 Kercheval Avenue, Suite 200<br>Grosse Pointe Farms, MI 48236<br>(313) 308-2034 / Fax (888) 811-7144<br>tgroustra@dmclaw.com<br>krhoads@dmclaw.com<br><br>SUSAN LEIGH BROWN (P41128)<br>LAW OFFICE OF SUSAN LEIGH BROWN, P.C.<br>Attorney for Defendant USAS<br>37887 W. 12 Mile Road<br>Farmington Hills, MI 48331<br>(248) 987-4040<br>sbrown@SusanLBrownLaw.com |

## STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AS TO DEFENDANTS, KEVIN WILSON AND LANGER TRANSPORT CORP., ONLY

      This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises;

      **IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without interest, costs, or fees as to Defendants, KEVIN WILSON and LANGER TRANSPORT CORP., only.

***THIS IS NOT THE FINAL ORDER THAT RESOLVES THE LAST PENDING CLAIM.***

Date: October 23, 2025

<u>s/F. Kay Behm</u>
F. Kay Behm
United States District Judge

Stipulated and approved as to form and content:

<u>/s/ Andrew J. Miller (w/permission)</u>
ANDREW J. MILLER (P77785)
Attorney for Plaintiff

<u>/s/ Timothy S. Groustra</u>
TIMOTHY S. GROUSTRA (P48966)
KERRY LYNN RHOADS (P55679)
Attorneys for Defendants